PER CURIAM:

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State ,       
Respondent,
 
 
 

v.

 
 
 
James Burton Medford,       
Appellant.
 
 
 

Appeal From Union County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2003-UP-299
Submitted February 20, 2003 - Filed 
 April 30, 2003  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia; for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney General John W. 
 McIntosh; Assistant Deputy Attorney General Charles H. Richardson, of Columbia; 
 Solicitor Thomas E. Pope, of York; for Respondent.
 
 
 

PER CURIAM:  James Burton Medford appeals from his guilty plea to two 
 counts of second-degree burglary, three counts of malicious injury to personal 
 property, and two counts of petit larceny.  Medford contends the term of his 
 sentence was grossly disproportionate to the sentences his co-defendants received 
 and thereby violated the Eighth Amendments prohibition against cruel and unusual 
 punishment.  After a thorough review of the record and counsels brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Medfords appeal and grant counsels motion to be relieved.
 APPEAL DISMISSED.
 HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.